**REDACTED**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAGRANGE SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF LAGRANGE | ) | CAUSE NO. 44C01-0607-CT-12 |

**FILED**

JUL 1 4 2006

BEVERLY C. ELLIOTT, CLERK
LAGRANGE CIRCUIT COURT

DOVIE BALDRIDGE and PATRICIA )
BALDRIDGE-GOSE, as natural parent and )
legal guardian of TB )
and MG minors, )
)
           Plaintiffs, )
)
-vs- )
)
RICHARD L. GREEN, ERIC L. KILEN )
d/b/a EAGLE TRANSPORT SERVICES, )
INC. and EAGLE TRANSPORT )
SERVICES, INC., )
)
)
           Defendants. )

## COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL

### Count I

Come now the plaintiffs, by counsel, and for their cause of action against the defendants, state as follows:

1. At all times material herein, Dovie Baldridge, TB and MG were residents of LaGrange County, State of Indiana.

2. At all times material herein, plaintiff Patricia Baldridge-Gose was a resident of LaGrange County, State of Indiana, and was the natural parent and legal guardian of TB and MG.

3. At all times material herein, defendant Richard L. Green was a resident of Olmsted County, State of Minnesota.

4. On or about August 11, 2004, at approximately 11:15 a.m., plaintiff Dovie Baldridge


EXHIBIT 1

**REDACTED**

was the driver of a vehicle traveling eastbound on U.S. 20 at the intersection at Canal Street in LaGrange County, State of Indiana. TB and MG were passengers in said vehicle, which was stopped in traffic waiting to make a left turn onto Canal Street.

5. At the same time and location, defendant Richard L. Green was operating a motor vehicle eastbound on U.S. 20 behind the plaintiff vehicle when he carelessly and negligently collided into the rear of plaintiffs' vehicle.

6. As a proximate result of said collision and the negligence of defendant Richard L. Green, plaintiffs Dovie Baldridge, TB and MG all incurred severe and permanent bodily injuries.

7. As a further proximate result of the negligence of defendant Richard L. Green, plaintiffs Dovie Baldridge, TB and MG have incurred damages, and continue to incur damages, in the form of medical expenses, pain and suffering, permanent disabilities and disfigurement, emotional distress and loss of enjoyment of life.

8. As a further proximate result of the negligence of defendant Richard L. Green, plaintiff Patricia Baldridge-Gose has incurred damages, and continues to incur damages, in the form of loss of income.

## Count II

8. Plaintiffs hereby restate and incorporate by reference the allegations contained in Paragraphs 1 through 8 of Count I of this Complaint for Damages.

9. At all times material herein, defendant Eric L. Kilen was the registered owner of the vehicle driven by defendant Richard L. Green and was doing business as Eagle Transport Services, Inc. in Olmsted County, State of Minnesota.

2

10. At the time of the aforementioned accident, defendant Richard L. Green was an employee of defendant Eric L. Kilen d/b/a Eagle Transport Transport Services, Inc. and was acting in the course and scope of that employment when the accident occurred.

11. Defendant Eric L. Kilen d/b/a Eagle Transport Services, Inc. is liable for the negligence of his employee, defendant Richard L. Green, under the doctrine of *respondeat superior*.

## Count III

12. Plaintiffs hereby restate and incorporate by reference the allegations contained in Paragraphs 1 through 11 of Counts I and II of this Complaint for Damages.

13. Defendant Eagle Transport Services, Inc. is a corporation organized and operating under the laws of the State of Minnesota.

10. At the time of the aforementioned accident, defendant Richard L. Green was an employee of defendant Eagle Transport Services, Inc. and was acting in the course and scope of that employment when the accident occurred.

11. Defendant Eagle Transport Services, Inc. is liable for the negligence of its employee, defendant Richard L. Green, under the doctrine of *respondeat superior*.

WHEREFORE, plaintiffs pray for judgment against defendants Richard L. Green, Eric L. Kilen d/b/a Eagle Transport Services, Inc., and Eagle Transport Services, Inc. in an amount sufficient to compensate them for their damages and injuries, for the costs of this action, and for all other relief just and proper in the premises.

3

Respectfully submitted,

*[signature]*

Roger P. Ralph, #13755-53

## REQUEST FOR JURY TRIAL

Come now plaintiffs, by counsel, and pursuant to Trial Rule 38, request that the Court set this matter for trial by jury.

*[signature]*

Roger P. Ralph, #13755-53

RICOS BIPPUS & RALPH
1213 North Arlington Ave., Suite 205
Indianapolis, Indiana 46219
(317) 353-6131

Dennis L. Rorick
9105 East 480 South
Wolcottville, Indiana 46795
(260) 351-4801
Attorneys for Plaintiffs

4