IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| DOVIE BALDRIDGE and PATRICIA BALDRIDGE-GOSE, as natural parent and Legal guardian of TB and MG, minors, | ) ) ) ) | |
| Plaintiffs, | ) ) | CAUSE NO. 1:06CV278 |
| v. | ) ) | |
| RICHARD L. GREEN, ERIC L. KILEN d/b/a EAGLE TRANSPORT SERVICES, INC. and EAGLE TRANSPORT SERVICES, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Please enter my appearance as counsel in this case for Defendants, Richard L. Green, Eric L. Kilen d/b/a Eagle Transport Services, Inc. and Eagle Transport Services, Inc.

Dated: August 9, 2006                    BARRETT & McNAGNY LLP


By  /s/ John M. Clifton
John M. Clifton, Atty. I.D. # 3271-02
215 East Berry Street
Fort Wayne, IN  46802
Tel: (260) 423-9551
Fax: (260) 423-8920
jmc@barrettlaw.com

438411