UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DOVIE BALDRIDGE and PATRICIA BALDRIDGE-GOSE, as natural parent and legal guardian of TB and MG, minors,<br><br>    Plaintiffs,<br><br>v.<br><br>RICHARD L. GREEN, ERIC L. KILEN d/b/a EAGLE TRANSPORT SERVICES, INC., and EAGLE TRANSPORT SERVICES, INC.<br><br>    Defendants. | CAUSE NO.: 1:06CV278 |

**ANSWER TO COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL**

Come now Defendants, Richard L. Green, Eric L. Kilen d/b/a Eagle Transport Services, Inc., and Eagle Transport Services, Inc. ("Defendants"), by counsel, and for their Answer to Plaintiffs' Complaint state as follows:

**COUNT I**

1. At all times material herein, Dovie Baldridge, TB and MG were residents of LaGrange County, State of Indiana.

**ANSWER:** Defendants admit to the allegations of Paragraph 1.

2. At all times material herein, plaintiff Patricia Baldridge-Gose was a resident of LaGrange County, State of Indiana, and was the natural parent and legal guardian of TB and MG.

**ANSWER:**   Defendants are without sufficient information on which to admit or deny the allegations of Paragraph 2 of Plaintiffs' Complaint and, therefore, deny same.

3.   At all times material herein, defendant Richard L. Green was a resident of Olmsted County, State of Minnesota.

**ANSWER:**   Defendants admit to the allegations of Paragraph 3.

4.   On or about August 11, 2004, at approximately 11:15 a.m., plaintiff Dovie Baldridge was the driver of a vehicle traveling eastbound on U.S. 20 at the intersection at Canal Street in LaGrange County, State of Indiana.  TB and MG were passengers in said vehicle, which was stopped in traffic waiting to make a left turn onto Canal Street.

**ANSWER:**   Defendants are without sufficient information on which to admit or deny the allegations of Paragraph 4 of Plaintiffs' Complaint and, therefore, deny same.

5.   At the same time and location, defendant Richard L. Green was operating a motor vehicle eastbound on U.S. 20 behind the plaintiff vehicle when he carelessly and negligently collided into the rear of plaintiffs' vehicle.

**ANSWER:**   Defendants deny the allegations of Paragraph 5 of Plaintiffs' Complaint.

6.   As a proximate result of said collision and the negligence of defendant Richard L. Green, plaintiffs Dovie Baldridge, TB and MG all incurred severe and permanent bodily injuries.

**ANSWER:**   Defendants deny the allegations of Paragraph 6 of Plaintiffs' Complaint.

7. As a further proximate result of the negligence of defendant Richard L. Green, plaintiffs Dovie Baldridge, TB and MG have incurred damages, and continue to incur damages, in the form of medical expenses, pain and suffering, permanent disabilities and disfigurement, emotional distress and loss of enjoyment of life.

**ANSWER:** Defendants deny the allegations of Paragraph 7 of Plaintiffs' Complaint.

8. As a further proximate result of the negligence of defendant Richard L. Green, plaintiff Patricia Baldridge-Gose has incurred damages, and continues to incur damages, in the form of loss of income.

**ANSWER:** Defendants deny the allegations of Paragraph 8 of Plaintiffs' Complaint.

## COUNT II

9. Defendants hereby incorporate by reference their Answers to Paragraphs 1 - 8 above as if fully set forth herein.

10. At all times material herein, defendant Eric L Kilen was the registered owner of the vehicle driven by defendant Richard L. Green and was doing business as Eagle Transport Services, Inc. in Olmsted County, State of Minnesota.

**ANSWER:** Defendants admit the vehicle was owned by Eric L. Kilen but deny the allegation that Eagle Transport Services, Inc. was a "d/b/a." Eagle Transport Services, Inc. was incorporated in January 2000.

11. At the time of the aforementioned accident, defendant Richard L. Green was an employee of defendant Eric L. Kilen d/b/a Eagle Transport Services, Inc. and was acting in the course and scope of that employment when the accident occurred.

**ANSWER:** Defendants admit that Richard L. Green was an employee of Eagle Transport Services, Inc. at the time of the accident and was in the course and scope of his employment.

12. Defendant Eric L. Kilen d/b/a Eagle Transport Services, Inc. is liable for the negligence of his employee, defendant Richard L. Green, under the doctrine of *respondeat superior.*

**ANSWER:** Defendants deny the allegations of Paragraph 12.

## Count III

13. Defendants hereby incorporate by reference their Answers to Paragraphs 1 - 12 above as if fully set forth herein.

14. Defendant Eagle Transport Services, Inc. is a corporation organized and operating under the laws of the State of Minnesota.

**ANSWER:** Defendants admit to the allegations in Paragraph 14.

15. At the time of the aforementioned accident, defendant Richard L. Green was an employee of defendant Eagle Transport Services, Inc. and was acting in the course and scope of that employment when the accident occurred.

**ANSWER:**   Defendants admit to the allegations in Paragraph 15.

16.   Defendant Eagle Transport Services, Inc. is liable for the negligence of its employee, defendant Richard L. Green, under the doctrine of *respondeat superior.*

**ANSWER:**   Defendants deny the allegations in Paragraph 16.

### AFFIRMATIVE DEFENSES

Come now Defendants' officers, by counsel, and for their affirmative defenses to Plaintiffs' Complaint say:

1.   That Plaintiffs are contributorily negligent thus barring their right to recover.

2.   That Plaintiffs' claim fails to state a claim upon which relief may be granted.

3.   That Plaintiffs have failed to mitigate damages or injuries, if any, thus barring their right to recover from Defendant officers.

4.   Plaintiffs' injuries were caused in whole or in part by unidentified non-parties.

### JURY DEMAND

COMES NOW Defendants, Richard L. Green, Eric L. Kilen d/b/a Eagle Transport Services, Inc., and Eagle Transport Services, Inc., by counsel, Barrett & McNagny, LLP, and requests that the above-entitled cause of action be tried by a jury.

          Respectfully Submitted,

          BARRETT & MCNAGNY

          By: s/Thomas A. Herr
           Thomas A. Herr, #8444-02
           John M. Clifton, #3271-02
           Zachary E. Klutz, #25660-02
           Barrett & McNagny
           215 East Berry Street
           Fort Wayne, IN 46801
           Telephone :(260) 423-9551
           Facsimile: (260) 423-8920
           E-mail: tah@barrettlaw.com
              jmc@barrettlaw.com
              zek@barrettlaw.com

         *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this  5th  day of September, 2006, served a true and correct copy of the foregoing on the following counsel of record by ECF or by deposit in the U.S. mail, postage prepaid and properly addressed to the following:

Roger P. Ralph
Ricos Bippus & Ralph
1213 North Arlington Ave., Suite 205
Indianapolis, IN  46219

Dennis L. Rorick
9105 East 480 South
Wolcotville, IN  46795

          s/Thomas A. Herr
         Thomas A. Herr