UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DOVIE BALDRIDGE and PATRICIA BALDRIDGE-GOSE, as natural parent and legal guardian of TB and MG, minors, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| RICHARD L. GREEN, ERIC L. KILEN d/b/a EAGLE TRANSPORT SERVICES, INC. and EAGLE TRANSPORT SERVICES, INC., | ) ) ) ) ) ) |
| Defendants. | ) |

CAUSE NO. 1:06CV278

**DEFENDANTS RICHARD L. GREEN'S, ERIC L. KILEN'S D/B/A EAGLE TRANSPORT SERVICES, INC. AND EAGLE TRANSPORT SERVICES, INC.'S RULE 26(a)(1)(A) DISCLOSURES**

COME NOW the Defendant, Richard L. Green ("Green"), Eric L. Kilen d/b/a Egale Transport Services, Inc. ("Kilen"), and Eagle Transport Services, Inc. ("Eagle"), by counsel, Barrett & McNagny, LLP, and pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), make the following initial disclosures to the parties, including the following objection:

Defendants object to the production of any documents which are protected by the Work Product and/or Attorney-Client privileges.

**A.     NAMES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED IN THE PLEADINGS AND THE SUBJECT MATTER OF INFORMATION.**

1.    Dovie Baldridge
      610 N. Maple Street
      Lagrange, Indiana 46761

446041

**SUBJECT OF TESTIMONY:**   Plaintiffs' claims and the damages, if any, caused by Defendants' actions.

2.  Patricia Baldridge-Gose
    509 N. Maple Street
    Lagrange, IN 46761

**SUBJECT OF TESTIMONY:**   Plaintiffs' claims and the damages, if any, caused by Defendants' actions.

3.  Richard L. Green
    4221 22nd Avenue NW
    Rochester, MN 55901

**SUBJECT OF TESTIMONY:**   Plaintiffs' claims and Defendant Green's defenses to same and the damages, if any, caused by Defendants' actions.

4.  Eric Kilen
    2430 Marion Road, SE
    Rochester, MN 55904

**SUBJECT OF TESTIMONY:**   Plaintiffs' claims and Eagle Transport's defenses to same and the damages, if any, caused by Defendants' actions.

5.  Shari Dohrn
    2430 Marion Road, SE
    Rochester, MN 55904

**SUBJECT OF TESTIMONY:**   Plaintiffs' claims and Eagle Transport's defenses to same and the damages, if any, caused by Defendants' actions.

6.  Sergeant K. A. Brower, Investigating Officer, LaGrange Police Department, ID # 2

**SUBJECT OF TESTIMONY:**   Plaintiffs' claims and the damages, if any, caused by Defendants' actions.

5.  John Russell, Assisting Officer, LaGrange Sheriff Department, ID # 4407

**SUBJECT OF TESTIMONY:**   Plaintiffs' claims and the damages, if any, caused by Defendants' actions.

6.  Edward Flowers, Assisting Officer, Lagrange Sheriff Department, ID # 44109

**SUBJECT OF TESTIMONY:**   Plaintiffs' claims and the damages, if any, caused by Defendants' actions.

7.	Chuck Kilgore, AC, LaGrange Volunteer Fire Department, ID # 1010

**SUBJECT OF TESTIMONY:**	Plaintiffs' claims and the damages, if any, caused by Defendants' actions.

8.	Michael E. Cole, SEC, LaGrange Volunteer Fire Department, ID # 1003

**SUBJECT OF TESTIMONY:**	Plaintiffs' claims and the damages, if any, caused by Defendants' actions.

B.	**DESCRIPTION BY CATEGORY AND LOCATION OF ALL DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS IN THE POSSESSION, CUSTODY OR CONTROL OF THE PARTY THAT ARE RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS.**

1.	All Exhibits attached to Plaintiff's Complaint.

2.	All Exhibits attached to Defendant's Answer.

3.	Police Incident Report;

4.	Plaintiffs' financial information, medical bills, and wage information.

5.	All discovery responses, including all documents produced in this suit.

6.	Communications among the parties.

C.	**A COMPUTATION OF ANY CATEGORY OF DAMAGES CLAIMED BY THE DISCLOSING PARTY, MAKING AVAILABLE FOR INSPECTION AND COPYING AS UNDER RULE 34 THE DOCUMENTS OR OTHER EVIDENTIARY MATERIAL, NOT PRIVILEGED OR PROTECTED FROM DISCLOSURE, ON WHICH SUCH COMPUTATION IS BASED, INCLUDING MATERIALS BEARING ON THE NATURE AND EXTENT OF INJURIES SUFFERED.**

Defendants are not currently seeking damages in this case.

D.	**FOR INSPECTION AND COPYING AS UNDER RULE 34 ANY INSURANCE AGREEMENT UNDER WHICH ANY PERSON CARRYING ON AN INSURANCE BUSINESS MAY BE LIABLE TO SATISFY PART OR ALL OF A JUDGMENT WHICH MAY BE ENTERED IN THE ACTION OR TO IDENMIFY OR REIMBURSE FOR PAYMENTS MADE TO SATISFY THE JUDGMENT.**

State National Specialty Insurance Company, Policy Number LOV2000529, Located at 8200 Anderson Boulevard, Fort Worth, Texas 76124.

Respectfully submitted,

BARRETT & McNAGNY LLP


By:    /s/ Thomas A. Herr
      John M. Clifton, #3271-02
      jmc@barrettlaw.com
      Thomas A. Herr, #8444-02
      tah@barrettlaw.com
      215 East Berry Street
      P.O. Box 2263
      Fort Wayne, Indiana 46802
      (260) 423-9551

*Attorneys for Defendants, Richard L.Green, Eric L. Kilen, d/b/a Eagle Transport Services, Inc., and Eagle Transport Services, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of October, 2006 a copy of the foregoing was served via U.S. Mail, postage prepaid and properly addressed to the following:

Roger P. Ralph
Jarrod K. Ralph
RICOS BIPPUS & RALPH
1213 N. Arlington Avenue
Suite 205
Indianapolis, IN 46219

Dennis L. Rorick
9105 E. 480 S
Wolcottville, IN 46795


   /s/ Thomas A. Herr
   Thomas A. Herr

446041      4